# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
BARRON INDUSTRIES, INC.

**DEFENDANTS**
FEDERAL INSURANCE COMPANY

**(b)** County of Residence of First Listed Plaintiff: Oakland, Michigan
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: State of IN or NJ
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Jason J. Liss (P48742) Fabian, Sklar, King & Liss P.C.
33450 West 12 Mile Rd., Farmington Hills, MI 48331
2428-579-1924

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [x] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**TORTS — PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS — Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC § 1332; 28 USC §§ 2201 and 2202

Brief description of cause:
Claim for interest pursuant to Mich. Comp. Laws § 500.2006

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** >75,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE: _____
DOCKET NUMBER: _____

DATE: August 21, 2025
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed? ☐ Yes  ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)   ☐ Yes  ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

   Notes :

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| BARRON INDUSTRIES, INC. | ) ) ) | |
| *Plaintiff,* | ) ) | Civil Action No. 25-cv- |
| v. | ) ) ) | Hon. |
| FEDERAL INSURANCE COMPANY | ) ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: Federal Insurance Company

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Fabian, Sklar, King & Liss P.C.
        Jason J. Liss
        33450 West 12 Mile Rd.
        Farmington Hills, MI 48331

    If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: _____
*Signature of Clerk or Deputy Clerk*

Date of Issuance: _____



UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARRON INDUSTRIES, INC.,

        Plaintiff,

vs.

Case No. 25-cv-
Hon.

FEDERAL INSURANCE COMPANY,

        Defendant.

_____/

## COMPLAINT

NOW COMES Plaintiff, BARRON INDUSTRIES, INC., by and through its attorneys, FABIAN, SKLAR, KING & LISS, P.C., and for its Complaint against Defendant, FEDERAL INSURANCE COMPANY, states unto this Honorable Court as follows:

1. Plaintiff, BARRON INDUSTRIES, INC. ("BARRON"), is a Michigan corporation, licensed to conduct business in the State of Michigan, whose principal place of business is located in Oxford, MI, and therefore is a citizen of the State of Michigan.

2. Defendant, FEDERAL INSURANCE COMPANY ("FEDERAL"), is a foreign corporation, licensed to conduct business in the State of Michigan, which, upon information and belief, is a corporation organized and existing under the laws

of the State of Indiana, whose principal place of business is located in Whitehouse Station, New Jersey, and therefore is believed to be a citizen of either the State of Indiana or the State of New Jersey.

3. The facts giving rise to this Complaint occurred in the Eastern District of Michigan.

4. The amount in controversy between the parties exceeds the sum of Seventy-Five Thousand ($75,000.00) Dollars exclusive of costs and interest.

5. The Court has original jurisdiction over this action pursuant to 28 U.S.C. §1332 due to the amount in controversy and the parties' diversity of citizenship.

6. At all relevant times, BARRON was the named insured or otherwise entitled to insurance benefits pursuant to commercial property insurance policy no. 3587-26-57 MBO ("the Policy"), effective December 20, 2021 to December 20, 2022, issued by FEDERAL, a copy of which is in FEDERAL's possession, which insured BARRON's property and business at 215 Plexus Drive in Oxford, MI.

7. On or about October 4, 2022, while the Policy was in full effect, an explosion occurred at the Plexus Drive location and caused extensive damage to BARRON's insured property, which in turn caused BARRON to incur Business Income Loss and Extra Expenses, as those terms are defined by the Policy.

8. BARRON timely notified FEDERAL of the loss and submitted

satisfactory proofs of its losses on multiple dates.

9. FEDERAL accepted coverage for the loss and issued multiple payments on BARRON's claim.

10. BARRON disagreed with FEDERAL's estimates and payments of its losses and on August 9, 2024 BARRON demanded appraisal pursuant to Mich. Comp. Laws § 500.2833(1)(m) and the terms of the Policy to conclusively establish the amount of loss.

11. On February 11, 2025, a unanimous appraisal award was entered, establishing the amount of loss for BARRON's Business Income Loss, Building Damages, and Business Personal Property Damages.

12. The Policy is a contract of fire insurance within the meaning of Mich. Comp. Laws §500.2804 et seq.

13. Mich. Comp. Laws §500.2804 provides that all contracts of fire insurance upon property real or personal located in the State of Michigan shall be held and deemed to be made and consummated within the State of Michigan.

14. An insurer is required to pay 12% interest on benefits which were not timely paid. Mich. Comp. Laws § 500.2006(1).

15. An insurer is required to specify in writing the materials that constitute satisfactory proof of loss not later than 30 days after receipt of a claim unless the claim is settled within the 30 days. Mich. Comp. Laws § 500.2006(3)

16. A payment is timely if made within 60 days after the insurer receives satisfactory proof of loss. Mich. Comp. Laws § 500.2006(3).

17. If proof of loss is not supplied as to the entire claim, the amount supported by proof of loss is considered paid on a timely basis if paid within 60 days after receipt of proof of loss by the insurer. *Id.*

18. Any part of the remainder of the claim that is later supported by proof of loss is considered paid on a timely basis if paid within 60 days after receipt of the proof of loss by the insurer. *Id.*

19. Benefits which are not paid on a timely basis bear simple interest from a date 60 days after satisfactory proof of loss was received by the insurer at the rate of 12% per annum. Mich. Comp. Laws § 500.2006(4).

20. An insurer waives the requirement that an insured supply satisfactory proof of loss as a condition precedent to the payment of 12% interest if the insurer fails to specify in writing the materials that constitute satisfactory proof of loss within 30 days of receiving the insured's claim.

21. BARRON supplied satisfactory proof of its loss and/or FEDERAL waived the requirement by failing to specify in writing the materials that constitute satisfactory proof of loss within 30 days of receiving BARRON's claim.

22. FEDERAL failed to timely pay all benefits owed to BARRON and 12% interest under Mich. Comp. Laws § 500.2006 is owing on the benefits FEDERAL

failed to timely pay.

WHEREFORE Plaintiff, BARRON INDUSTRIES, INC., respectfully requests this Honorable Court to enter a judgment in its favor and against Defendant, FEDERAL INSURANCE COMPANY, for the amount of interest found to be owing under Mich. Comp. Laws § 500.2006, plus prejudgment interest, costs and attorney fees, if recoverable under the law.

        Respectfully submitted,

        FABIAN, SKLAR, KING & LISS, P.C.

        */s/ Jason J. Liss*
        Jason J. Liss (P48742)
        Attorneys for Plaintiff
        33450 W. Twelve Mile Road
        Farmington Hills, MI 48331
        (248) 553-2000
        jliss@fabiansklar.com

Dated: August 21, 2025

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARRON INDUSTRIES, INC.,

    Plaintiff,

vs.

Case No. 25-cv-
Hon.

FEDERAL INSURANCE COMPANY,

    Defendant.

_____/

## JURY DEMAND

NOW COMES Plaintiff, BARRON INDUSTRIES, INC., by and through its attorneys, FABIAN, SKLAR, KING & LISS, P.C., and demands a jury trial in the above-captioned cause of action.

Respectfully submitted,

FABIAN, SKLAR, KING & LISS, P.C.

*/s/ Jason J. Liss*
Jason J. Liss (P48742)
Attorneys for Plaintiff
33450 W. Twelve Mile Road
Farmington Hills, MI 48331
(248) 553-2000
jliss@fabiansklar.com

Dated: August 21, 2025